

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00153-CR

## IN RE CALVIN DWAYNE VERNON

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied. The remedy that Relator sought in his motion for judgment nunc pro tunc does not fall within the narrow scope of a judgment nunc pro tunc. *See State v. Schmitt*, No. PD-0594-11, 2012 WL 3996813 (Tex. Crim. App. Sept. 12, 2012) (not designated for publication).

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Petition denied
Opinion delivered and filed May 22, 2019
Do not publish
[OT06]

